# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03630-NYW

RONALD KELLY, and
SHELLI KELLY,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND DEADLINES

Pursuant to Fed. R. Civ. P. 16(b)(4), D.C.COLO.LCivR. 6.1, and D.C.COLO.LCivR 16.2, the parties jointly move to amend the Scheduling Order, ECF No. 18, as amended by the Court's Order of August 17, 2020, ECF No. 29, to extend deadlines by an additional 30 days, as shown below.

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Expert Disclosures | October 19, 2020 | November 18, 2020 |
| Deadline to Serve Written Discovery | November 16, 2020 | December 16, 2020 |
| Rebuttal Expert Disclosures | November 16, 2020 | December 16, 2020 |
| Discovery Cutoff | January 4, 2020 | February 3, 2021 |
| Dispositive Motion Deadline | February 3, 2021 | February 22, 2021 |

A scheduling order may be amended upon a showing of good cause. Fed. R. Civ. P. 16(b)(4). There is good cause to amend the Scheduling Order here.

1. On August 14, 2020, the parties jointly moved to amend the original Scheduling Order to extend deadlines by 30 days, in light of scheduling complications related to COVID-19 for Plaintiff Ronald Kelly's independent medical examination ("IME"). ECF No. 28. On August 17, 2020, the Court entered an Order granting the joint motion and setting the current deadlines shown above. ECF No. 29. The deadlines reflect that this case is complex and involves allegations regarding medical care by numerous providers over a period of several weeks, allegedly leading to a series of four surgeries over a period of months following Mr. Kelly's initial total knee replacement. *See generally* Compl., ECF No. 1.

2. Since that time, the parties have engaged diligently in discovery. For example, Defendant served a first set of discovery requests, to which Plaintiffs responded on June 1, 2020. Plaintiffs likewise served a first set of discovery requests, to which Defendant responded on August 1, 2020. Document discovery has been extensive, including approximately 7,500 pages of medical records that have been produced for Mr. Kelly. Several of the facilities from which medical records were sought required additional time to respond, due to resource strains associated with COVID-19. The parties also conducted four depositions in late September 2020, and Mr. Kelly underwent an IME on September 11, 2020.

3. The current deadline for initial expert disclosures is October 19, 2020. However, during the course of his IME, Mr. Kelly disclosed for the first time that he has undergone physical therapy at three different clinics over a period of years for injuries allegedly related to the medical care at issue in this case. Those providers inadvertently were not included in

Plaintiffs' March 10, 2020 Initial Disclosures or Plaintiffs' June 1, 2020 Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents.[1]  During Mr. Kelly's September 22, 2020 deposition, Plaintiffs also indicated that they intend to increase their claimed damages for past medical expenses by approximately $170,000, including for services provided by Mr. Kelly's physical therapy providers.  Plaintiffs subsequently provided releases to permit Defendant to request medical records from Mr. Kelly's physical therapy providers.  However, Defendant still is awaiting responsive records from two of the three providers.  Upon receipt, Defendant's experts will need adequate time to review the records in advance of the deadline for initial expert disclosures.

    4.     Given the need to obtain and review records from Mr. Kelly's physical therapy providers, the parties jointly request a 30-day extension of the current case deadlines, including the deadline for initial expert reports.

    5.     The parties further recognize that the requested extensions may counsel in favor of rescheduling the Court's final pretrial conference, currently set for March 4, 2021.[2]  *See* ECF No. 18 at 10.  The parties note that, even under the existing schedule, dispositive motions briefing would not have concluded until after the date currently set for the Court's final pretrial

---

[1] Defendant's discovery requests had sought, *inter alia*, the identification of "<u>each</u> medical practitioner—including but not limited to all medical doctors, psychiatrists, psychologists, nurses, paramedics, chiropractors, osteopaths, physical therapists, counselors, nutritionists, and diagnostic testing technicians—that have seen or treated you for any physical or mental injury, illness, impairment, disfigurement, or disability you claim to have sustained" as a result of the alleged negligence in the case.  Interrog. No. 6 (emphasis in original).

[2] In view of the current Scheduling Order deadline of February 25, 2020 to submit a Final Pretrial Order, *see* ECF No. 18 at 10, the parties have proposed above a new dispositive motions deadline of February 22, 2020, which reflects less than the full 30 day extension that is requested for all other case deadlines.

3

conference. The parties therefore respectfully submit that it may be efficient to hold pretrial deadlines in abeyance until after such time as the Court has ruled on any dispositive motions that may be filed. Such a course also would permit time for a settlement conference or mediation following the completion of expert discovery, which is of interest to all parties.

6. Pursuant to D.C.COLO.LCivR. 6.1(b), counsel state that two prior extensions were granted in this case: the first as to a set of interim deadlines for any designation of non-parties at fault and joinder and amendment of pleadings, ECF No. 24, and the second to permit an additional 30 days' time in which to schedule Mr. Kelly's IME as addressed above, ECF No. 29. No other extensions have been requested or ordered in this case.

7. Pursuant to D.C.COLO.LCivR 6.1(c), counsel certify that copies of this motion will be served upon their clients.

WHEREFORE, the parties respectfully move this Court to amend the scheduling order to extend current deadlines by 30 days, as outlined above.

DATED at Denver, Colorado this 7th day of October, 2020.

*s/ John O. Martin*
John O. Martin
Martin Law Firm, LLC
7350 East Progress Place
Suite 100
Greenwood Village, CO 80111
Telephone: (303) 734-7150
john@jomlegal.com

*Attorney for Plaintiffs*

*s/ Elizabeth Hagerty*
JASON R. DUNN
United States Attorney

Elizabeth Hagerty
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0101
elizabeth.hagerty@usdoj.gov

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all CM/ECF users associated with this case.

*s/ Elizabeth Hagerty*
Elizabeth Hagerty
Assistant United States Attorney
United States Attorney's Office

*Counsel for Defendant*
