# EXHIBIT A

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2
   Civil Action No. 19-CV-03630-NYW
3  _____

4  REMOTE VIDEOCONFERENCED DEPOSITION OF RONALD B. KELLY
   September 22, 2020 - VOLUME I
5  _____

6  RONALD KELLY and SHELLI KELLY,

7  Plaintiffs,

8  v.

9  UNITED STATES OF AMERICA,

10 Defendant.
   _____
11
                      A P P E A R A N C E S
12
   For the Plaintiffs:      JOHN O. MARTIN, ESQ.
13                          Martin Law Firm
                            7350 East Progress Place
14                          Suite 100
                            Greenwood Village, Colorado  80111
15
   For the Defendant:       ELIZABETH HAGERTY, ESQ.
16                          U.S. Attorney's Office
                            1801 California Street
17                          Suite 1600
                            Denver, Colorado  80202
18
   Also Present:            Shelli Kelly
19

20

21

22

23

24

25

15

1      Q   (By Ms. Hagerty)  All right.  So I think I

2  asked for how long you were on the dosage of

3  7.5 milligrams six days per week and 3.25 milligrams one

4  day per week.

5      A   I don't know.

6      Q   You know how long you've been on the new

7  dosage that you mentioned?

8      A   Repeat.

9      Q   Do you know how long you've been on the new --

10  the newer dosage that you mentioned?

11      A   Probably maybe two months.

12      Q   Are you aware of any reason why that dose was

13  changed?

14      A   My INR changed.

15      Q   Okay.  How did it change?

16      A   It dropped below minimum.

17      Q   All right.  And what's the -- what's the

18  minimum that you mentioned?

19      A   2.5.

20      Q   And are you aware of any reason why it dropped

21  below the minimum?

22      A   No.

23      Q   So when did you first start taking Coumadin?

24      A   1991.

25      Q   And the exhibit says that Warfarin is being

16

1  prescribed to treat your artificial aortic valve; is that

2  right?

3          A    Correct.

4          Q    Do you remember when you had the artificial

5  valve put in?

6          A    1991.

7          Q    And so you were -- were you started on the

8  Coumadin pretty much right away after you had the valve

9  replacement?

10         A    Yes.

11         Q    And since that time have you had any trouble

12  with your -- your aortic valve replacement?

13         A    No.

14         Q    And just in general, setting aside the period

15  of about June to July 2017, have you had trouble with

16  your Coumadin?

17         A    Yes.

18         Q    Can you describe for me the trouble that

19  you've had?

20         A    It would vary and they would change my dosage.

21  Yeah.

22         Q    I think you used the term earlier "INR"?

23         A    Correct.

24         Q    Is that right?

25              So would you agree -- well, can you tell me

17

1   what your understanding of what an INR is?

2        A    I don't know the definition of the three

3   letters.  It's just to tell you how thick or thin your

4   blood is.

5        Q    Okay.  So is it -- is that test essentially to

6   measure how -- how quickly someone's, like, clotting

7   their blood?

8        A    Yes.

9        Q    And have you had a fair amount of experience

10  having your INR measured?

11       A    Yes.

12       Q    Do you remember about when you first having --

13  started having your INR tested?

14       A    Ever since 1991.

15       Q    And is your INR something that still gets

16  tested regularly?

17       A    Yes.

18       Q    Okay.  How often?  Do you know?

19       A    Once a week.

20       Q    Do you know how long a period of time you have

21  been testing it about once a week?

22       A    I don't remember exactly.  I got a machine so

23  I could test it.

24       Q    Do you remember when you first got your

25  machine to test at home?

18

1      A    I don't remember exactly which year.  It was
2 either 2017 or 2018.
3      Q    Okay.  If I told you that some of the records
4 in the case suggest it was around August of 2017, does
5 that sound about right?
6      A    Yeah.
7      Q    Do you remember Dr. Sam Davis signing a form
8 to help you get that machine?
9      A    I'm not sure.  I don't.
10      Q    Yes, and that's fine.  Again, it's totally
11 okay and normal if your answer is I don't remember.
12          All right.  Do you -- I think you said you
13 still monitor your -- your INR test results at home with
14 that machine?
15      A    Yes.
16      Q    And I think you mentioned earlier that there's
17 a minimum of 2.5.  Is there a range of INR results that,
18 to your understanding, is a goal range for you?
19      A    Between 2.5 and 3.5.
20      Q    Do you know who set that range for you?
21      A    Originally it was the doctor that operated on
22 my valve.
23      Q    So was that in 1991 --
24      A    Yes.
25      Q    -- or thereabouts?

37

```
 1              Okay.  So you said -- we talked about what
 2      you're on now.  Previously, at least in response to
 3      Interrogatory Number 8 -- or sorry, Number 10, you said
 4      you were on 7.5 milligrams six days per week,
 5      3.25 milligrams one day per week.
 6              Do you remember like about how long you were
 7      on that dosage?
 8         A    No, because it changed and they kept changing
 9      dosage.  At times I had been on 10 milligrams.
10         Q    Okay.  So just backing up a bit.  When did you
11      first start receiving healthcare at -- at Sunrise Health
12      Clinic?
13         A    Don't know exactly when, but probably sometime
14      in 2019.
15              MR. MARTIN:  2019?
16              THE WITNESS:  I'm sorry.
17         Q    (By Ms. Hagerty)  I think --
18         A    Repeat that question.
19         Q    Yeah, I was just asking when you first started
20      receiving care at Sunrise.
21         A    Oh, at -- okay.  I'm sorry.  I misunderstood.
22      Maybe 2008.  I don't know.
23         Q    Do you remember what caused you to seek care
24      at Sunrise in the first place?
25         A    Income.  It was cheaper.
```

38

```
1        Q     And did you go to Sunrise for just primary
2    care?
3        A     Yeah, it was primary care.
4        Q     And I've seen documents in the case suggesting
5    you had insurance in 2017 through Humana; is that right,
6    to your recollection?
7        A     Repeat that.
8        Q     So I see documents in the case suggesting that
9    you had insurance in 2017 through Humana.  Is that
10   correct to your recollection?
11       A     Correct.  Yes.
12       Q     Are you still on Humana insurance?
13       A     Yes.
14       Q     Do you have a copay when you go to the
15   UCHealth Anticoagulation Clinic?
16       A     No.  I don't go.  I call it in.
17       Q     Oh, okay.  You -- do you ever go in or just --
18   just call?
19       A     I just call.
20       Q     And when you were seeking primary care at
21   Sunrise, who was your primary care physician or a couple,
22   if there were more than one?
23       A     There was so many I can't really tell you.  I
24   know Dr. Davis was.  I don't remember all the names of
25   the others.  There was Dr. -- he's named in the lawsuit,
```

1    but Filip -- Filipit?  I don't know what -- I don't know

2    how you pronounce his name.

3         Q    Was Dr. Davis the -- the main doctor that you

4    usually saw at Sunrise?

5         A    Not originally.  They would switch me off to

6    other doctors.  And then he left for a year or two years

7    and came back.

8         Q    Was he the main doctor you saw after he came

9    back?

10        A    I switched back over there to them, yeah.  He

11   was in a different office.

12        Q    Okay.  But as -- you know, if you were to go

13   to an appointment at Sunrise and you were going to see

14   your primary care doctor, was that usually Dr. Davis

15   after he came back?

16        A    Yes, but it was a different place.  It was

17   Ulente -- Alate.  I can't pronounce it.  It's a Mexican

18   name.  A different office.

19        Q    Yeah, Adelante?

20        A    Adelante.

21        Q    Yup.  So setting aside this, you know, June,

22   July summer of 2017 period, were you usually satisfied

23   with the other primary care that you got from Dr. Davis?

24        A    Yes.

25        Q    And was there -- did there come a point when

46

1    remember being high at some times.

2         Q    In the second to the last paragraph of

3    Exhibit 4 there's a note saying that, He should take no

4    anticoagulation meds, parentheses, Warfarin or Lovenox,

5    end parentheses, the day of his procedure.

6              Do you see that?

7         A    Yeah.

8         Q    Do you recall one way or the other whether you

9    took any Warfarin or Lovenox the day of your total right

10   knee replacement on June 20th of 2017?

11        A    I do not take it.  I do remember.

12        Q    And you said Dr. Sanderford did the total knee

13   replacement on June 20th of 2017, I think, right?

14        A    Yes.

15        Q    Do you recall discussing with anyone at that

16   time any concerns related to the way the surgery was

17   performed?

18        A    Can I talk to my lawyer?

19             MR. MARTIN:  You can't.

20             THE WITNESS:  I was just going to mention that

21   the day of the surgery they took me to the hospital room.

22   They got me up to walk me down the hallway, and on the

23   way back I had blood running out of the bandage.  They

24   put me on the bed, had my daughter hold my leg, and

25   unwrapped my bandage and said, Mr. Kelly, congratulations

47

1   you just grew a liver.  I had a blood clot the size of my

2   hand in that bandage.  My knee was bleeding.

3         Q    (By Ms. Hagerty)  And was this -- I just want

4   to make sure, again, we're on the same page.  So was this

5   after your very first surgery, the very first total knee

6   replacement surgery, or was that after one of the -- the

7   later surgeries?

8         A    My very first surgery.

9         Q    Okay.  And you said your -- your daughter was

10  present for this?

11        A    Yes.  Also my wife.

12        Q    And was -- I'm sorry.  Was Dr. Sanderford

13  there when -- when this happened?

14        A    No.

15        Q    Do you remember who -- any medical providers

16  who were there?

17        A    Nobody except for the nurses.

18        Q    Do you remember any of their names by chance?

19        A    I do not.

20        Q    So what -- this is kind of open-ended, but can

21  you tell me what happened next after -- after this

22  incident you're describing?

23        A    They put a new dressing on it, wrapped it up,

24  said, Here you go.  Later checked the chart and they

25  didn't -- never reported it.

48

```
 1        Q    Who -- who never reported it?  Are you --

 2        A    The nurses never reported the bleeding.

 3        Q    And you were at I think North Colorado Medical

 4   Center for this procedure?

 5        A    Yes.  Yes.

 6        Q    Is that --

 7             So to your understanding they did not -- the

 8   nurses did not report this bleeding to Dr. Sanderford?

 9        A    He -- they did not report it to anybody.

10        Q    So this clot, do you -- what happened to it?

11        A    They threw it away.

12        Q    Did they -- did these nurses advise you to do

13   anything about the bleeding?

14        A    No, not to my knowledge.  Just lay there and

15   be still.

16        Q    Okay.  So how long did they want you to stay

17   still?

18        A    I do not know.

19        Q    Okay.  Do you remember, like, how long you

20   did, you know, stay still at that time?

21        A    I don't know.  I was in pain and kind of a --

22   in and out.

23        Q    Okay.  So do you know what -- what they meant

24   about the comment about the -- I'm sorry.  Can you remind

25   me what you said about the liver?
```

49

```
 1        A    They told me and my daughter,
 2   Congratulations -- and my wife -- you just grew a new
 3   liver.  And had a handful of blood clot.
 4        Q    And --
 5        A    Jokingly.
 6        Q    Yeah, I want to make sure I follow.  Okay.
 7             So do you remember how many nurses there were
 8   present for this?
 9        A    Two.
10        Q    Okay.  And then do you remember when you
11   were -- how long after this happened you were discharged
12   from the hospital?
13        A    The next day.
14        Q    Do you remember discussing with them or any --
15   anybody else what they thought had happened to create
16   this hand-size blood clot?
17        A    No.  They just kind of just wanted to get it
18   taken care of and get out of there.
19        Q    Were you able to walk when you were discharged
20   from the hospital?
21        A    With a walker.
22        Q    And was your knee bleeding at the time you
23   left the hospital?
24        A    I couldn't see it through the bandage at the
25   time, but when we got home, yes, it was bleeding.
```

65

```
 1    has increased.

 2              MR. MARTIN:  Decreased.

 3        Q     (By Ms. Hagerty)  Do you see where I am?

 4        A     It says decreased.

 5        Q     Okay.  Hold on.  Yeah, sorry.  I -- yeah,

 6    decreased.  But do you see where I am sort of in the

 7    document?

 8        A     Yes.

 9        Q     Do you know if this note reflects concerns

10    about draining from your knee that you had expressed to

11    Dr. Sanderford's office?

12        A     I just don't remember.

13        Q     Can you describe for me what you remember, if

14    anything, about your knee draining in the shower on

15    July 9th of 2017?

16        A     Just when I get out of the shower it was

17    running blood down my -- or draining down my leg.

18        Q     Was July 9th of 2017 the first time you were

19    aware of that amount of drainage coming from your knee's

20    incision?

21        A     I can't remember whether it was more or less.

22        Q     Okay.  And I think you mentioned earlier it

23    drained a few -- like, multiple times when you were

24    showering.  Had some of those times been before this date

25    on July 9th?
```

75

```
 1    bottom of the page.

 2         A    Yes.  What about it?

 3         Q    Okay.  Great.  I just wanted to make sure I

 4    had the right document in front of you.  That was all.

 5         A    Okay.

 6         Q    This -- this document is dated July 14th of

 7    2017.  Have you seen this document before?

 8         A    Yes.

 9         Q    And this document lists Dr. Filipovitz as the

10    provider, right?

11         A    Yes.

12         Q    Have you ever met Dr. Filipovitz?

13         A    Yes.

14         Q    You have?  Do you remember when you met him?

15         A    I believe so.  I -- I believe he was the

16    doctor that started taking over my primary care at the

17    end of me seeing Sunrise.

18         Q    So did you sometimes have appointments at

19    Sunrise where you were essentially just having your INR

20    checked?

21         A    Yes.

22         Q    At those types of appointments did you, you

23    know, physically meet with a -- a doctor or did you just

24    sort of have your lab performed?

25         A    I had the lab performed and they had a nurse
```

```
 1    that went and talked to the doctor to see what changes

 2    they wanted to make.

 3         Q    Okay.  Feel free to kind of look at the

 4    document, but do you -- would this appointment on the

 5    14th have been one of those appointments where you just

 6    sort of had your INR checked and you didn't have a full

 7    appointment with a physician who examined you?

 8         A    To the best of my knowledge, yes.

 9         Q    If you look at the top of the first page, the

10    document indicates that your INR was 3.8 on this day,

11    right?

12         A    Yes.

13         Q    If we go to the second page, the -- the first

14    line of the first kind of paragraph of text there it

15    says, Patient denies any abnormal symptoms.

16              Do you remember one way or the other if you

17    talked to somebody about the condition of your knee at

18    this appointment?

19         A    I don't remember.

20         Q    And do you recall whether your knee was, in

21    fact, having drainage on this date?

22         A    I don't remember.

23         Q    If you skip down a few lines on the exhibit

24    there's a line that says, Patient was instructed to DC

25    Lovenox.
```

83

1        Q    Okay.  How about do you remember at any point
2   any of your providers counseling you about the
3   interactions between Daptomycin and Coumadin?
4        A    I don't remember which medicine did what.  I
5   knew that somebody mentioned to me that it could cause my
6   INR to go up.
7        Q    Do you remember if that was before the 15th or
8   after?
9        A    It was after.
10       Q    Okay.
11            MS. HAGERTY:  I'd like to look at Exhibit 13,
12   Elaine.
13            (Exhibit Number 13 was marked for
14   identification.)
15       Q    (By Ms. Hagerty)  All right.  So Exhibit 13
16   should be an emergency room report.  This one is actually
17   Bates-labeled USA Sunrise 73 to 81 dated July 16th of
18   2017.  Is that what you have in front of you?
19       A    Yes.
20       Q    Okay.  Have you seen this document before?
21       A    No, I have not.
22       Q    Okay.  I guess in that case before we --
23   before we start in on this, I mean, I'll just tell you is
24   this is the -- you know, the ER report from when you were
25   in the ER on July 16th of 2017, as you mentioned.  But

84

```
1    can you just tell me what you remember about why you went
2    to the ER on the 16th?
3         A    I was bleeding profusely down my leg, into my
4    sock, into my shoe.
5         Q    Do you remember when that started?
6         A    It started that morning before I came to get
7    my injection after a shower.
8         Q    Okay.  So the morning of the 16th?
9         A    Yes.
10        Q    Okay.  And you said you were going in for,
11   like, an injection; is that right?
12        A    Correct.  Yes.
13        Q    Okay.  Do you remember what -- what -- what
14   the injection was going to be?
15        A    I don't know which particular medicine.  It
16   was supposed to be antibiotics.
17        Q    Okay.  And was that -- I think you said the --
18   the initial -- the IV antibiotics had been on the 15th;
19   is that right?
20        A    Correct.
21        Q    So you were basically, like, going in for --
22   for more antibiotic infusion?
23        A    Yes.
24        Q    Okay.  So when you -- and I guess when you say
25   you went in, are you talking about the North Colorado
```

87

1    that you should get an antibiotic infusion that weekend?

2         A    The PA of Dr. Sanderford.

3         Q    Okay.  So she essentially recommended that

4    you -- you get the antibiotic infusion that weekend

5    because of the culture coming back positive?

6         A    Correct.  Yes.

7         Q    Do you remember discussing with -- with her

8    the fact that that would be sooner than the Tuesday that

9    I guess had been conveyed to Sunrise?

10              MR. MARTIN:  Object to form.

11              THE WITNESS:  I don't know anything about

12   that.

13        Q    (By Ms. Hagerty)  All right.  So you're

14   welcome to look through this exhibit as much as you like,

15   but I will, I guess, represent to you that it -- it says

16   that you had a 7.7 INR result on the 16th.  You can see

17   that at page 77.  Is it standard for me to assume is a

18   high INR test result for you?

19        A    Yes.

20        Q    Do you recall any other occasion on which you

21   had an INR test result as high as 7.7?

22        A    I do recall, if my memory serves right, eight

23   when I was going to Sunrise.

24        Q    Do you remember at all when that was?

25        A    I don't.

88

```
 1          Q    Do you happen to remember if it was before or
 2     after July of 2017?
 3          A    It was before.
 4          Q    Do you remember if it was determined at that
 5     time what had caused the high INR of around eight that
 6     you remember?
 7          A    I don't.
 8          Q    Okay.  So do you remember -- so in Exhibit 11,
 9     which is the July 14th appointment at Sunrise, your INR
10     is 3.8, right?
11          A    Yes.
12          Q    And you had the 7.7 INR on July 16th, right?
13          A    Yes.
14          Q    So is it fair to say that your INR, you know,
15     more than doubled in two days between July 14th and 16th
16     of 2017?
17          A    It looks like it, yes.
18          Q    And during that same period between July 14th
19     and 16th of 2017 you had gotten two IV antibiotic
20     infusions including Levaquin and Daptomycin, right?
21          A    I don't remember the medicine, but yes, I got
22     two injections.
23          Q    Okay.  And -- and during that same period on
24     July 14th 2017, you received word from Michelle Remley on
25     the 14th that your bacterial cultures had come back
```

1   positive for an infection, right?

2        A    Correct.

3        Q    Do you recall how long you were in the

4   hospital at --

5             THE REPORTER:  Liz, say again.

6             MS. HAGERTY:  Yeah, sorry.  We -- I get a

7   little feedback with the pages or whatever.

8        Q    (By Ms. Hagerty)  So do you remember how long

9   you were in the hospital at North Colorado Medical Center

10  after this ER visit on the 16th?

11       A    Thirty days.

12       Q    And at some point did you have your right knee

13  total knee replacement hardware removed?

14       A    Yes.

15       Q    Do you remember who -- who did the surgery to

16  remove the hardware?

17       A    Dr. Sanderford.

18       Q    And did that happen on about July 19th?

19       A    Yes.

20       Q    Okay.  What happened after you had your knee

21  hardware taken out?

22       A    He put in a temporary.

23             MR. MARTIN:  Liz, can we take a break when you

24  get to a spot here pretty quick?

25             MS. HAGERTY:  Oh, yeah.  Sure.  Sorry.  I

1    the patient and his wife about the possibility of going

2    elsewhere for the reimplantation.  I do note that there

3    were some situations that occurred that they did not seem

4    to be as comfortable with while he was in the hospital.

5                Do you see where that is?

6        A    Yes.

7        Q    Were you uncomfortable about things that

8    happened while you were in the hospital related to your

9    prior knee surgery handled by Dr. Sanderford's office?

10       A    Yes, because of the -- the bleeding and

11   ultimately, you know, also probably getting an infection.

12   I don't know.  The discussion with him was he said that

13   he thinks he can't help me anymore.  I'd be better after

14   finding another doctor.

15       Q    Did he give you any more specific reason for

16   why he couldn't help you anymore?

17       A    I don't remember exactly.  No.

18       Q    Do you remember if he suggested a different --

19   a different doctor that you might use for future knee

20   surgery?

21       A    Yes.

22       Q    Who was it?

23       A    Dr. Kindsfater or UCHealth in Denver.

24       Q    Did you around this time discuss with anybody

25   else outside Dr. Sanderford's practice the idea of

1    switching from Dr. Sanderford's practice to a different

2    orthopedic surgeon for further care on your right knee?

3         A    I don't remember.

4         Q    And did you eventually have your -- your right

5    knee reimplanted?

6         A    Eventually, yes.

7         Q    Do you remember around when that was?

8         A    I'm thinking it was, like, November 2018.

9    After --

10        Q    Was it --

11        A    He tried to replace it sooner than that and

12   didn't like the looks of the tissue and the bone.

13        Q    Uh-huh.

14        A    So he waited.

15        Q    And this is Dr. Kindsfater?

16        A    Yes.

17        Q    So I will represent to you that records in the

18   case indicate that Dr. Kindsfater tried to reimplant the

19   right knee hardware on October 21st of 2017.  Does that

20   sound about right?

21        A    Yes.

22        Q    And those records reflect that he was not able

23   to do a reimplantation at that time.  Do you have a sense

24   of why he was unable to reimplant the knee hardware at

25   that time?

```
 1      A    He didn't think that the tissue was good or
 2   the bone was too soft or something.
 3      Q    And I will represent to you the records in the
 4   case suggest that he -- he was able to reimplant the knee
 5   in November of 2017.  Does that sound about right?
 6      A    Correct.
 7      Q    What's your impression of the -- the job that
 8   Dr. Kindsfater did on the reimplantation surgery of
 9   November 2017?
10      A    He saved my leg.
11      Q    So you were happy with the -- the job he did
12   on the surgery?
13      A    Yes.  I have a knee.
14      Q    All right.  So did you ever talk to
15   Dr. Kindsfater about his impression of -- of the prior
16   knee surgery that had been done by Dr. Sanderford and
17   Dr. Sides?
18      A    I believe there was some discussion about it.
19      Q    Do you remember what he generally had to say
20   about those surgeries?
21           MR. MARTIN:  Object to form.
22           THE WITNESS:  He would do it differently,
23   would have done it differently.
24      Q    (By Ms. Hagerty)  Did he say what he would
25   have done differently?
```